No. 276. GENERAL ELECTRIC CO. *v.* LOCAL 205, UNITED ELECTRICAL, RADIO AND MACHINE WORKERS OF AMERICA (U. E.). C. A. 1st Cir. Certiorari granted. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Warren F. Farr* and *Robert W. Barker* for petitioner. *Allan R. Rosenberg* for respondent. 

No. 22, Misc. PEAK *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted. *John S. Wrinkle* for petitioner. *Simon E. Soboloff,* then Solicitor General, *Assistant Attorney General Doub, Samuel D. Slade* and *Alan S. Rosenthal* for the United States. 

No. 269. YOUNGDAHL ET AL. *v.* RAINFAIR, INC. Supreme Court of Arkansas. Certiorari granted. *Sidney S. McMath* and *William J. Isaacson* for petitioners. *J. L. Shaver* for respondent. 

No. 261. WATKINS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Joseph L. Rauh, Jr., Harold A. Cranefield, Norma Zarky, Daniel H. Pollitt, Sidney S. Sachs* and *John Silard* for petitioner. *Solicitor General Rankin* and *Assistant Attorney General Tompkins* for the United States. *Telford Taylor* filed a brief for Metcalf, as *amicus curiae,* supporting petitioner.

No. 262. GOODALL-SANFORD, INC., *v.* UNITED TEXTILE WORKERS OF AMERICA, A. F. L. LOCAL 1802, ET AL. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit granted limited to questions